UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: John Harrison          JOINT DEBTOR: _____  CASE NO.: 16-13999-LMI 13
Last Four Digits of SS# xxx-xx-7853   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $_____ for months _____ to _____;
  B.  $_____ for months _____ to _____;
  C.  $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $_____NA_____ TOTAL PAID $ 0 _____
                        Balance Due   $____0.00____ payable $ 0.00 /month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. WELLS FARGO HOME MORTGAGE
                                             Arrearage on Petition Date  $ 366,038.49
Address: P.O. BOX 6000
FORT MILL, SC 29715-6000           Arrears Payment    $ 40,971.76 /month (Months 1 to 36)
                                             Regular Payment    $_____ /month (Months ____ to ____)
Account No: 1588813

2. WELLS FARGO BANK, N.A.      Arrearage On Petition Date   $ 4,498.00
Address: P O BOX 5747                  Arrears Payment    $_____ /month (Months ____ to ____)
         Springfield, Ohio 45501-5747   Regular Payment    $_____ /month (Months ____ to ____)
Account No: 0001588813-011D

3. MIAMI-DADE COUNTY TAX COLLECCTOR
                                                                        Arrearage on Petition Date  $_____
Address: 200 NW 2ND AVE.            Arrears Payment    $_____ /month (Months: ____ to ____)
         MIAMI, FLORIDA 33128        Regular Payment    $ 4408.62 /month (Months: N O V to NOV)
Account No: 01-3219-009-019                                          _____ to _____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ____ To ____ |  |
|  | $ | % | $ | ____ To ____ |  |
|  | $ | % | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____   Total Due $_____
                                             Payable   $_____ /month (Months ____ to ____) Regular Payment $_____
2. _____   Total Due $_____
                                             Payable   $_____ /month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $_____ /month (Months _____ to _____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_John Harrison_ (signature)                    _____
Debtor: John L. Harrison                          Joint Debtor
Date: 3/27/2016                                        Date: _____