# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☒ _____4_____ Amended Plan (Indicate 3rd, 4th, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **JOHN L. HARRISON** JOINT DEBTOR:_____CASE NO.:**16:13999 LMI**
Last Four Digits of SS# **xxx-xx-7853** Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ____60____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. **$150.00**_____for months **(1)** to three **(3)**;
B. $ **604.06**_____for months **(4)** to sixty **(60)**;

in order to pay the following creditors:

Administrative: Attorney's Fee - $ N/A_____TOTAL PAID $ _____0.00_____
Balance Due    $    0.00____payable $ 0.00___/month (Months ____to _____)

**Secured Creditors:** [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _WELLS FARGO HOME MORTGAGE
Address: **P.O.BOX 6000**_____    Arrears Payment    Same as #2 below
**FT. MILL SC 29715-6000**_____    Regular TAX Payment: $ **367.00**/month; **(Months 4 TO 60).**

Account No: **1588813**_____
**Debtor to Refinance/Convert to HECM**
**Balance on Petition Date $366.038.49** - Anytime after 12 months into Plan.

2. **MIAMI-DADE COUNTY TAX COLLECTOR** Arrearage on Petition Date $ **5909.76**
Address: **200 NW 2nd AVE**_____    Arrears Payment    $ **99.14**_____/month (Months **4**____to **60**_____)
**MIAMI, FLORIDA 33128**    Regular Payment    $_____/month (Months _____to _____)
Account No: **01-3219-009-019**_____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | $ | % | $ | _____To _____ | |
| | $ | % | $ | _____To _____ | |
| | $ | % | $ | _____To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]-NONE

Unsecured Creditors: The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

Other Provisions Not Included Above: Debtor objects to Claim number #1 to any extent inconsistent with Above treatment.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____    _____
Debtor    Joint Debtor
Date: 6/30/2016 _____    Date:_____

LF-31 (rev. 01/08/10)